S. Lane Tucker (Bar No. 0705011)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920
Email: lane.tucker@stoel.com

*Attorneys for Plaintiff Choctaw Defense
Services, Inc.*

**STOEL RIVES** LLP
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHOCTAW DEFENSE SERVICES, INC., | Case No. 3:19-cv-00281-HRH |
| Plaintiff, | |
| v. | |
| T&H SERVICES, LLC, | |
| Defendant. | |

## COMPLAINT FOR BREACH OF CONTRACT AND UNJUST ENRICHMENT

COMES NOW the Plaintiff, Choctaw Defense Services, Inc. (hereinafter "CDS")

for its claim against T&H Services, LLC (hereinafter "T&H"), alleges and states as

follows:

*Choctaw Defense Servs., Inc. v. T&H Servs., LLC*
Case No. 3:19-cv-00281-HRH          1

1.      CDS is a corporation formed under the laws of the Choctaw Nation of Oklahoma (the "Nation") on February 28, 2013, pursuant to Council Bill 56-13 approved February 14, 2013.

2.      CDS is wholly owned by the Nation.

3.      The Nation is headquartered with its principal place of business in Durant, Oklahoma.

4.      T&H is a limited liability company with its principal place of business at 401 Olympia Avenue, Suite 61, Renton, Washington 98055, and is wholly owned by Tlingit Haida Tribal Business Corporation, a federally chartered tribal corporation.

5.      CDS and T&H entered into a teaming agreement with CDS on November 13, 2017 (the "Teaming Agreement"). In addition to the Teaming Agreement, CDS and T&H performed an oral subcontract ("Subcontract") in May 2018.

6.      Jurisdiction in this action is properly before this Court pursuant to 28 U.S.C. § 1332 and paragraph IX(I) of the Teaming Agreement, in which the Parties agreed to this jurisdiction.

7.      Venue in this action is properly before this Court pursuant to paragraph IX(I) of the Teaming Agreement.

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*

8.     The United States Department of Navy issued Solicitation No. N4008517R1140 (the "Solicitation") for the performance of a base operations and support contract (the "Contract") in Beaufort, North Carolina.

9.     In order to submit a competitive bid to the Department of Navy for the award of the contract, T&H sought an agreement with CDS.

10.    On November 13, 2017, T&H and CDS executed the Teaming Agreement.

11.    As a direct result of the Teaming Agreement, T&H was awarded the Contract.

12.    Pursuant to paragraph II(A) of the Teaming Agreement, a subcontract was to be entered into by T&H and CDS to facilitate the Contract within thirty days following the award of the Contract.

13.    Negotiations for the Subcontract began after the award of the Contract.

14.    However, before the Subcontract was executed in writing, upon oral agreement CDS performed the transitional labor as agreed by CDS and T&H in April, May and June 2018.

15.    In June 2018, CDS began performing on the Contract pursuant to an oral understanding and agreement with T&H, though the Subcontract still had not been finalized in written form.

*Choctaw Defense Servs., Inc. v. T&H Servs., LLC*
Case No. 3:19-cv-00281-HRH          3

**STOEL RIVES** LLP
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main (907) 277-1900 Fax (907) 277-1920

16.     The oral agreement, as agreed by T&H and CDS, required the performance of CDS from June through December and payment to CDS from T&H for labor in the amount of $148,002.43 per month.

17.     T&H also agreed to compensate CDS $15,507.97 for the transitional labor in April, May and June 2018 as a precondition of the oral agreement between CDS and T&H.

18.     T&H never disputed or alleged a failing on the part of CDS regarding CDS's performance of the oral agreement.

19.     All invoices were timely paid, totaling $888,014.58 for six (6) months of performance, by T&H to CDS with two exceptions. Invoices for the transitional labor performed by CDS in April, May and June 2018 and for performance on the Contract by CDS in December 2018 totaling $163,510.40 remain outstanding.

20.     T&H did not default on the oral agreement until T&H filed a lawsuit against CDS, Case No. 3:18-cv-00296-JWS in the United States District Court of Alaska,[1] regarding an unrelated contract.

## **BREACH OF CONTRACT**

21.     CDS hereby incorporates each of the preceding facts and allegations set forth above as is set forth fully herein.

22.     T&H engaged CDS in order to perform the Contract awarded from the Department of Navy.

---

[1] Filed by T&H on December 17, 2018.

*Choctaw Defense Servs., Inc. v. T&H Servs., LLC*
Case No. 3:19-cv-00281-HRH          4

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main (907) 277-1900 Fax (907) 277-1920

23.     T&H agreed to pay CDS for the transitional labor for the months of April, May and June in 2018, totaling $15,507.97.

24.     T&H has not paid CDS for the transitional labor it performed.

25.     T&H agreed to pay CDS $148,002.43 per month for CDS's performance on the Contract.

26.     CDS worked from June through December 2018.

27.     T&H paid six (6) monthly invoices of $148,002.43 each, totaling $888,014.58 for performance of the oral agreement for the months June 2018 through November 2018, but not the final invoice for the labor performed in December 2018 of $148,002.43.

28.     T&H is estopped from claiming no contract existed when they received the benefits of CDS's performance and paid for that performance each month, June through November, until the final invoice was sent for the December performance of the oral agreement.

29.     T&H owes $163,510.40 to CDS in outstanding invoices.

30.     T&H has breached the agreed upon terms of the oral agreement and Teaming Agreement by not paying for CDS's performance of the Subcontract and Teaming Agreement.

*Choctaw Defense Servs., Inc. v. T&H Servs., LLC*
Case No. 3:19-cv-00281-HRH          5

## <u>ALTERNATIVELY: UNJUST ENRICHMENT</u>

31.     CDS hereby incorporates each of the preceding facts and allegations set forth above as is set forth fully herein.

32.     CDS alleges that T&H has been unjustly enriched by receiving the benefit of CDS's performance.

33.     T&H paid all amounts invoiced to CDS with the exception of the invoice for the transitional labor and the final invoice for the labor performed in the month of December 2018.

34.     T&H accepted the benefit of CDS's labor without paying the agreed value thereof.

WHEREFORE, CDS seeks damages for breach of contract, including attorney's fees and costs, and alternatively damages for unjust enrichment as set forth herein, and that it be awarded such other relief this Court deems just and proper.

DATED: October 30, 2019

STOEL RIVES LLP


By: s/ S. Lane Tucker
      S. Lane Tucker (Bar No. 0705011)

*Attorneys for Plaintiff Choctaw Defense Services, Inc.*


*Choctaw Defense Servs., Inc. v. T&H Servs., LLC*
Case No. 3:19-cv-00281-HRH             6