IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


CHOCTAW DEFENSE SERVICES, INC.      v.      T&H SERVICES, LLC

JUDGE H. RUSSEL HOLLAND                       CASE NO.  3:19-cv-00281-HRH


PROCEEDINGS:   ORDER FROM CHAMBERS

═══════════════════════════════════════════════════════════════════


The court is in receipt of a *Notice of Settlement*,[1] filed November 20, 2019, indicating that the parties have reached a settlement in the above-referenced matter.

Accordingly, pending motions, if any, are denied with leave to renew; pending deadlines and filing requirements, if any, are vacated.  Appropriate closing papers will please be submitted on or before **December 13, 2019**.  If for any reason closing papers cannot be filed by that date, the parties shall submit a brief, joint status report updating the court as to the progress of completing this settlement.

══════════════════

---

[1]Docket No. 5.

Order from Chambers – Notice of Settlement                                              - 1 -